# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED

2018 NOV -2  P 3: 45

DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JAMES HAGAR

Docket No. 2:18cr159-JAW

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

On about June 21, 2018, within the District of Maine, defendant

### JAMES HAGAR

knowingly made a false statement in connection with his acquisition of firearms, specifically a

SCCY, model CPX-2, 9mm pistol bearing serial number 606199, and a SCCY, model CPX-2,

9mm pistol bearing serial number 606201, from Coastal Defense, a federally-licensed firearms

dealer located in Auburn, Maine.  Specifically, the defendant responded, "Yes" to question 11(a)

of the ATF Form 4473 and thereby claimed he was the actual buyer of the above-described

firearms, when in fact he was purchasing the firearms for another individual.  This false

statement was likely to deceive Coastal Defense as to a material fact to the lawfulness of the

same of the above-described firearms to the defendant under Chapter 44 of Title 18.

In violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

1

## FORFEITURE ALLEGATION #1

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant

### JAMES HAGAR

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all

firearms involved in the commission of the offense, including but not limited to a SCCY, model

CPX-2, 9mm pistol bearing serial number 606199, and a SCCY, model CPX-2, 9mm pistol

bearing serial number 606201.

A TRUE BILL,

Date: 11/2/18

Signature Redacted – Original on file
with the Clerk's Office

Assistant United States Attorney

2